(March 26, 1992)

■ MORABIT TRADING CORP. et al., Appellants, v VINTAGE CREATIONS LTD., INC., et al., Respondents.—Order, Supreme

Court, New York County (Edward Greenfield, J.), entered on June 28, 1991, unanimously affirmed for the reasons stated by Greenfield, J., without costs or disbursements. No opinion. Concur—Murphy, P. J., Rosenberger, Ellerin, Kupferman and Kassal, JJ.